IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Randy Young,**

      **Plaintiff,**

   **vs.**                                      Civil Action 2:11-cv-402

                                                    Judge Watson
                                                    Magistrate Judge King

**Tuller Square Northpointe, LLC,**

      **Defendant.**

<u>ORDER</u>

    This case has been reported settled.  The status conference set for December 30, 2011 is **CONTINUED**.

    **A status conference will be held on January 6, 2012, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.


 December 29, 2011                      *s/Norah McCann King*
                                                    Norah McCann King
                                        United States Magistrate Judge